# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| TANEKA KENYATTA RHAMIS, | ) Civil Action No.: 5:18-cv-01644-JMC |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| Nancy A. Berryhill, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This matter is before the court pursuant to the Commissioner's unopposed Motion for Entry of Judgment with Order of Remand. (ECF No. 9.) The Commissioner asserts that remand is appropriate because "further administrative action is warranted in this case." (*Id.* at 1.) Therefore, based upon the reasons asserted by the Commissioner in her Motion, the court hereby **GRANTS** the Motion to Remand. Accordingly, pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings.[1]

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

January 17, 2019
Columbia, South Carolina

---

[1] The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.