# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| Taneka Kenyatta Rhamis, ) | |
| ) | Civil Action No.: 5:18-cv-01644-JMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on Plaintiff Taneka Kenyatta Rhamis' ("Plaintiff") Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), filed on April 16, 2019. (ECF No. 15.) Plaintiff requests an award of two thousand eight hundred eighty dollars and zero cents ($2,880.00) in attorney's fees under the EAJA. (*Id.* at 3.) Defendant Commissioner of Social Security Administration ("the Commissioner") did not respond or indicate any opposition to Plaintiff's Motion. After reviewing Plaintiff's Motion (ECF No. 15) and since the Commissioner has not filed any opposition to Plaintiff's Motion, the court finds that the request for attorney's fees is reasonable and that Plaintiff is entitled to an award of attorney's fees under the EAJA.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to be offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B). Therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel. *Ratliff*, 560 U.S. at 589. The amount of attorney's fees payable to Plaintiff will be the balance of stipulated attorney's fees remaining after subtracting the amount of Plaintiff's outstanding federal debt. 31 U.S.C. § 3716. If Plaintiff's outstanding federal debt

1

exceeds the amount of attorney's fees under the stipulation, the stipulated amount will be used to offset Plaintiff's federal debt and no attorney's fees shall be paid. *See* 31 U.S.C. § 3716.

After a thorough review of Plaintiff's Motion (ECF No. 15) and the record, the court **GRANTS** Plaintiff's Motion for Attorney's Fees (ECF No. 15) and awards $2,880.00 in attorney's fees.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

May 3, 2019
Columbia, South Carolina